UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-42(01) RM |
| | ) | |
| MATTHEW S. WATSON | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 12, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 24], ACCEPTS defendant Matthew Watson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

SO ORDERED.

ENTERED:   June 7, 2010


                /s/ Robert L. Miller, Jr.
           Judge
           United States District Court